IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **BENNETT TRUCK TRANSPORT, LLC, d/b/a BENNETT DRIVE-AWAY,**<br>    Plaintiff,<br>v.<br>**SCHNEIDER NATIONAL CARRIERS, INC., et al.,**<br>    Defendants/Third-Party Plaintiffs,<br>v.<br>**DONALD BILLINGS,**<br>    Third-Party Defendant. | CASE NO. 1:16-cv-00025 (consolidated with Case No. 1:16-cv-00016)<br><br>AFFIDAVIT IN SUPPORT OF DEFENDANT/CROSS-CLAIM DEFENDANT N. KATHLEEN FRIDAY'S BILL OF COSTS |
| **SCHNEIDER NATIONAL CARRIERS, INC.,**<br>    Plaintiff,<br>v.<br>**N. KATHLEEN FRIDAY, et al.**<br>    Defendants.<br><br>**BENNETT TRUCK TRANSPORT, LLC D/B/A BENNETT DRIVE-AWAY AND DONALD BILLINGS,**<br>    Cross-Claimants,<br>v.<br>**N. KATHLEEN FRIDAY,**<br>    Cross-Claim Defendant. | CASE NO. 1:16-cv-00016 |



1

| | |
|---|---|
| **W.N. MOREHOUSE TRUCK LINE, INC.**<br>    **Counterclaimant/Cross-Claimant,**<br>v.<br>**SCHNEIDER NATIONAL CARRIERS, INC. et al.**<br>    **Counterclaim Defendants,**<br><br>**N. KATHLEEN FRIDAY,**<br>    **Cross-Claim Defendant.** | |

## AFFIDAVIT OF JOHN C. GRAY

STATE OF IOWA         )
                                    ) ss:
COUNTY OF WOODBURY )

Personally appeared before the undersigned attesting officer, duly authorized by law in this State to administer oaths, John C. Gray, who, being first duly sworn, deposes and says on oath as follows:

1. I am counsel for Defendant/Cross-Claim Defendant, N. Kathleen Friday.

2. The itemized statement of costs contained in the foregoing Bill of Costs is correct and were necessarily incurred in this case.

3. The itemized statement of costs contained in the foregoing Bill of Costs includes the fees for printed or electronically recorded transcripts necessarily obtained for use in this case.

4. The itemized statement of costs contained in the foregoing Bill of Costs includes the fees for witnesses.

FURTHER AFFIANT SAYETH NOT

2

Dated: May 14, 2018.

_____
JOHN C. GRAY

SUBSCRIBED and SWORN to before me, a Notary Public for the State of Iowa, by the said John C. Gray this 14th day of May, 2018.

_____
Notary Public for the State of Iowa

JACOB V KLINE
Commission Number 799186
My Commission Expires
September 8, 2019