# INVOICE

**THOMAS & THOMAS**
COURT REPORTING – LEGAL VIDEO – VIDEOCONFERENCING
· EST 1977 ·

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44353 | 9/18/2017 | 60207 |
| Job Date | Case No. | |
| 8/31/2017 | 16-CIV-00016-JAJ-SBJ | |

| Case Name |
|---|
| Schneider National Carriers, Inc., v .N. Kathleen Friday, et al., |

| Payment Terms |
|---|
| Due upon receipt |

Jason D. Bring
P/H Heidman Law Office
1128 Historic 4th St.
P.O. Box 3086
Sioux City, IA  51101

| | |
|---|---:|
| ORIG. \| APPEARANCE \| DEPOSITION OF: | |
|    Joshua Peach | 255.89 |
|         Electronic Copy - .pdf File | |
| CERTIFIED COPY \| DEPOSITION OF: | |
|    Allen Friday | 176.79 |
|         Electronic Copy - .pdf File | |
| ORIG. \| APPEARANCE \| DEPOSITION OF: | |
|    Mike McDermott | 319.63 |
|         Electronic Copy - .pdf File | |
| CERTIFIED COPY \| DEPOSITION OF: | |
|    John Pottebaum | 80.19 |
|         Electronic Copy - .pdf File | |
| **TOTAL DUE   >>>** | **$832.50** |
| AFTER 10/18/2017  PAY | $874.13 |

Thank you for your business!

***NOW OFFERING TRIAL PRESENTATION SERVICES & FOCUS GROUP SUPPORT!***

Video and Transcript services billed separately.

**Tax ID:** 47-0841603                                          Phone: 712-255-8838   Fax:712-258-6714

*Please detach bottom portion and return with payment.*

Jason D. Bring
P/H Heidman Law Office
1128 Historic 4th St.
P.O. Box 3086
Sioux City, IA  51101

| | | |
|---|---|---|
| Invoice No. | : | 44353 |
| Invoice Date | : | 9/18/2017 |
| **Total Due** | : | **$832.50** |
| AFTER 10/18/2017  PAY  $874.13 | | |

| | | |
|---|---|---|
| Job No. | : | 60207 |
| BU ID | : | 1-MAIN |
| Case No. | : | 16-CIV-00016-JAJ-SBJ |
| Case Name | : | Schneider National Carriers, Inc., v .N. Kathleen Friday, et al., |

Remit To:  Thomas & Thomas Court Reporters
and Certified Legal Video, LLC
Phone: 402.556.5000 | Facsimile:
402.556.2037
P.O. Box 8398
Omaha. NE  68108

EXHIBIT 2

# INVOICE



**THOMAS & THOMAS**
COURT REPORTING—LEGAL VIDEO—VIDEOCONFERENCING
· EST 1977 ·

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44353 | 9/18/2017 | 60207 |
| Job Date | Case No. | |
| 8/31/2017 | 16-CIV-00016-JAJ-SBJ | |
| Case Name | | |
| Schneider National Carriers, Inc., v .N. Kathleen Friday, et al., | | |
| Payment Terms | | |
| Due upon receipt | | |

Jason D. Bring
P/H Heidman Law Office
1128 Historic 4th St.
P.O. Box 3086
Sioux City, IA  51101

To ensure proper credit, please include Thomas & Thomas invoice numbers with payment.
(A 3.8% convenience fee will be assessed for all credit card payments)

Tax ID: 47-0841603                                                    Phone: 712-255-8838   Fax:712-258-6714

*Please detach bottom portion and return with payment.*

Jason D. Bring
P/H Heidman Law Office
1128 Historic 4th St.
P.O. Box 3086
Sioux City, IA  51101

| | | |
|---|---|---|
| Invoice No. | : | 44353 |
| Invoice Date | : | 9/18/2017 |
| **Total Due** | : | **$832.50** |

AFTER 10/18/2017  PAY  $874.13

Remit To:   Thomas & Thomas Court Reporters
and Certified Legal Video, LLC
Phone: 402.556.5000 | Facsimile: 402.556.2037
P.O. Box 8398
Omaha. NE  68108

| | | |
|---|---|---|
| Job No. | : | 60207 |
| BU ID | : | 1-MAIN |
| Case No. | : | 16-CIV-00016-JAJ-SBJ |
| Case Name | : | Schneider National Carriers, Inc., v .N. Kathleen Friday, et al., |